UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACOB BOESKOV<br>83 Canal St.<br>New York, NY 10002<br>**Plaintiff,**<br><br>-against-<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br>20 Massachusetts Ave NW,<br>Washington DC 20529<br><br>CHAD WOLF, Acting Secretary of Homeland Security,<br>Washington, D.C. 20528<br><br>KEN CUCCINELLI, Acting Director of the United States Citizenship and Immigration Services, 111 Massachusetts Avenue NW, Washington, D.C. 20001<br><br>and<br><br>THOMAS M. CIOPPA, Director of the USCIS' New York District Office<br>26 Federal Plaza, Fl. 7<br>New York, NY 10278<br><br>**Defendants.** | Case No.:<br><br>COMPLAINT |

# COMPLAINT
## DESCRIPTION OF ACTION

1. This complaint is brought by JACOB BOESKOV against the Defendants to compel a decision on his Motion to Reopen his Application for Adjustment of status which has been pending with the defendants for over a year.

## JURISDICTION

2. This being a civil action against the United States arising under the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq., both laws of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

## DESCRIPTION OF PARTIES

3. The plaintiff JACOB BOESKOV is a citizen and national of Denmark who is currently residing in New York County, New York. His "alien number" is A214522414.

4. The defendant, CHAD WOLF is the Acting Secretary of Homeland Security, and as such has the authority to adjudicate Form I-485. He resides for official purposes in the District of Columbia.

5. The defendant, KEN CUCCINELLI, is the Acting Director of the United States Citizenship and Immigration Services (USCIS), the agency within the Department of Homeland Security which adjudicates Form I-485. He resides for official purposes in the District of Columbia.

7. The defendant, THOMAS CIOPPA, is the Director of the USCIS' New York District Office where the plaintiff's application is currently pending, and has immediate responsibility for its adjudication. He resides for official purposes in the State of New York.

## BRIEF STATEMENT OF RELEVANT FACTS

8. On approximately June 24, 2020, the plaintiff's BOESKOV motion to reopen his application for adjustment of status, together with his instant counsel's notice of appearance on Form G-28, was filed with the United States Citizenship and Immigration Services Chicago Lockbox with a form G-1450 using plaintiff's counsel's Bank of America debit card to pay the $675 filing fee.

9. On June 27, 2020 $675 was withdrawn from plaintiff's counsel's Bank of America account with the following description: "CHICAGO LOCKBOX 06/26 PURCHASE 800375-5283 DC".

10. However, neither plaintiff's counsel nor plaintiff have ever received a fee receipt nor any other response to that motion.

9. On December 6, 2019, the plaintiff appeared for an interview before Officer Bell, at the USCIS New York District Office.

10. As of today, the plaintiff's motion to reopen his application for adjustment of status remain under the jurisdiction of the defendants and is unadjudicated.

## **CAUSE OF ACTION**

11. Defendant CHAD WOLF, Acting Secretary of Homeland Security, Defendant KEN CUCCINELLI, Acting Director of the United States Citizenship and Immigration Services, and Defendant THOMAS CIOPPA, Director of the United States Citizenship and Immigration Services' New York District Office, are each and all officers or employees of the United States and the Department of Homeland Security.

12. Defendants CHAD WOLF, Acting Secretary of Homeland Security, Defendant KEN CUCCINELLI, Acting Director of the United States Citizenship and Immigration Services, and Defendant THOMAS CIOPPA, Director of the United States Citizenship and Immigration Services' New York District Office, each and all owe a duty to the Plaintiff JACOB BOESKOV to adjudicate his motion to reopen within a reasonable period of time. 5 U.S.C. § 555(b) ("With due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it.").

13. Further, 18 U.S.C. § 1571(b) provides that: "It is the sense of Congress that the processing of an immigration benefit application should be completed not later than 180 days after the initial filing of the application, except that a petition for a nonimmigrant visa under section 214(c) of the Immigration and Nationality Act [8 USCS § 1184(c)] should be processed not later than 30 days after the filing of the petition."

14. Accordingly, the over 1 year period in which this application has been pending with Defendant CHAD WOLF, Acting Secretary of Homeland Security, Defendant KEN CUCCINELLI, Acting Director of the United States Citizenship and Immigration Services, and Defendant THOMAS CIOPPA, Director of the United States Citizenship and Immigration

Services' New York District Office, is well beyond that which these officers or employees reasonably require to adjudicate it.

15 This Court has authority under 28 U.S.C. § 1361 to compel an officer or employee of the United States to perform a duty owed to the Plaintiffs.

16. This Court also has authority under 5 U.S.C. § 706(1) to compel agency action unlawfully withheld or unreasonably delayed.

## RELIEF REQUESTED

WHEREFORE it is respectfully requested that the Court compel Defendants CHAD WOLF, Acting Secretary of Homeland Security, KEN CUCCINELLI, Acting Director of the United States Citizenship and Immigration Services, and THOMAS CIOPPA, Director of the United States Citizenship and Immigration Services' New York District Office, to adjudicate JACOB BOESKOV 's Application for Adjustment of Status and Petition for Alien Relative, respectively, forthwith, and to take such other action as it deems appropriate.

Respectfully submitted, October 13, 2020.

/s/ *Michael E. Piston*
Michael E. Piston MI0002
Attorney for the Plaintiffs
225 Broadway, Suite 307
New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email: michaelpiston4@gmail.com